# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **Alexander Sherman McKenzie,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00204-MR |
| | ) | 1:97-cr-00203-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 19, 2018 Order.

November 19, 2018

Frank G. Johns, Clerk
United States District Court